■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY L. MILLER, II, Also Known as RICKY MILLER, II, Also Known as RICKY LEE MILLER, II, Appellant. (Appeal No. 1.) [967 NYS2d 862]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 6, 2011. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY L. MILLER, Also Known as RICKY L. MILLER, II, Also Known as RICKY LEE MILLER, II, Appellant. (Appeal No. 2.) [967 NYS2d 862]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 6, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of DARRYL R. VAUGHN, Appellant, v STEPHANIE M. MAHON, Respondent. [965 NYS2d 916]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered August 28, 2012. The order denied the application of petitioner for an order committing respondent to prison.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

■ LI HSIEN EASLING, Respondent, v STEPHEN R. HENDERSON et al., Appellants. [965 NYS2d 916]—Appeals from an order of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), entered July 12, 2012. The order, insofar as appealed from, denied in part the motions of defendants for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.